Peter S. Partee
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

-and-

J.R. Smith (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200

*Attorneys for Friedman, Billings, Ramsey Group, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: § § | | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. § et al., § § § § Debtors. § | | Case No. 08-13555 (JMP) (Jointly Administered) |
| FRIEDMAN, BILLINGS, RAMSEY § GROUP, INC. § § Plaintiff, § § v. § § SECURITIES INVESTOR PROTECTION § CORPORATION, JAMES W. GIDDENS, § TRUSTEE FOR THE SIPA LIQUIDATION § OF LEHMAN BROTHERS, INC., and § LEHMAN BROTHERS, INC. § § Defendants. § | | Adversary No. 08-01587 (JMP) |

**STIPULATION OF VOLUNTARY PARTIAL
DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Friedman, Billings, Ramsey Group, Inc. and Defendant Securities Investor Protection Corporation hereby stipulate, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, that the claims asserted against Securities Investor Protection Corporation in the above-captioned adversary proceeding are hereby dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

October 14, 2008

| HUNTON & WILLIAMS LLP | SECURITIES INVESTOR PROTECTION CORPORATION |
|---|---|
| */s/ Scott H. Bernstein* | */s/ Kenneth J. Caputo* |
| Peter S. Partee | Josephine Wang |
| Scott H. Bernstein | Kenneth J. Caputo |
| 200 Park Avenue, 53rd Floor | 805 Fifteenth Street, N.W., Suite 800 |
| New York, New York 100166-0136 | Washington, DC 20005-2207 |
| Telephone: (212) 309-1000 | Telephone: (202) 371-8300 |
| Facsimile: (212) 309-1100 | Facsimile: (202) 371-6728 |

-and-

J.R. Smith (admitted *pro hac vice*)
Jason W. Harbour (admitted *pro hac vice*)
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

*Counsel to Friedman, Billings, Ramsey Group, Inc.*

## **ORDER**

**IT IS SO ORDERED.**

Dated: New York, New York
       October 22, 2008

                                  *s/ James M. Peck*
                                HONORABLE JAMES M. PECK
                                UNITED STATES BANKRUPTCY JUDGE